**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6632**

———————

MATTHEW VIRTUE,

                              Petitioner - Appellant,

        versus

DOMINIC GUTIERREZ, Warden,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, Chief District Judge.  (CA-04-82)

———————

Submitted:  July 14, 2005              Decided:  July 27, 2005

———————

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Matthew Virtue, Appellant Pro Se. Matthew Wayne Mellady, UNITED STATES DEPARTMENT OF JUSTICE, Annapolis Junction, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Matthew Virtue, a federal prisoner, appeals the district court's orders denying relief on his petition filed under 28 U.S.C. § 2241 (2000) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Virtue v. Gutierrez</u>, No. CA-04-82 (N.D.W. Va. Mar. 3, 2005; Apr. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>